UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61559-Civ-Cooke/Bandstra

RENEE J. FECTEAU,

    Plaintiff
vs.

CREDITORS INTERCHANGE
RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This matter coming before the Court on the Joint Motion of Plaintiff Renee J. Fecteau ("Plaintiff") and Defendant Creditors Interchange Receivables Management, LLC ("Defendant') for Preliminary Approval of Class Action Settlement and the Court, having carefully considered the Joint Motion, and being otherwise fully advised in the premises, it is

**HEREBY ORDERED AND ADJUDGED** that:

1. The Joint Motion for Preliminary Approval is **GRANTED**;

2. For the purpose of the administration of any action carried out in furtherance of the Settlement Agreement, the Court hereby certifies a class pursuant to Rule 23 (a) and 23(b)(3), Federal Rules of Civil Procedure, consisting of:  All Florida consumers for whom CIRM left a pre-recorded telephone message in the course of collecting on consumer debt obligations owed to Capital One Bank from the consumers in which CIRM did not disclose in its message that the call was from a debt collector or the purpose of the call in a one year period preceding the filing of the Lawsuit, from September 30, 2008 to October 1, 2009;

3. Renee J. Fecteau is hereby certified as the settlement class representative;

4. Donald A. Yarbrough, Esq., is hereby certified as settlement class counsel pursuant to Rule 23(g), Federal Rules of Civil Procedure;

5. The Court grants preliminary approval to the Class Settlement,[1] (Joint Motion for Preliminary Approval of Class Action Settlement Ex. A, ECF No. 24), subject to further consideration at the Fairness Hearing provided for below;

6. A hearing on the fairness and reasonableness of the Settlement Agreement and whether final approval shall be given to it will be held before this Court on **November 10, 2010 at 10:00 a.m.**.

7. The Court approves the proposed form of Class Notice to the Class (Joint Motion for Preliminary Approval of Class Action Settlement Ex. 2(a), ECF No. 24) to be directed to the last known mailing address of each individual in the Class as shown on Defendant's records as updated through the National Change of Address (NCOA). The Class Notice shall be mailed by the company, First Class, Inc., on or before **August 20, 2010**, and, upon this Court's entry of an Order Granting Final Approval of Class Settlement, Defendant shall cause payments to be distributed by First Class, Inc. pursuant to the Agreement to the Class Members.

8. The Court finds that mailing of the Class Notice and the other measures specified above to locate and notify members of the Class is the only notice required and that such notice satisfies the requirements of due process and Rule 23(c)(2)(B), Federal Rules of Civil Procedure.

9. Individuals in the Class shall have until **November 1, 2010**, to object to the proposed settlement. Any member of the Class who wishes to object to the settlement must

---

[1] All defined terms contained herein shall have the same meanings as set forth in the Class Action Settlement Agreement executed by the parties and filed with this Court (the 'Settlement Agreement') ("Exhibit "A" to the Joint Motion for Preliminary Approval of Class Action Settlement).

submit an objection in writing to both the Court and Class Counsel via mail at the addresses listed in the Class Notice.  Any objection must include the name and number of the case, the name and address of the objector, and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the Class. Objectors who have filed written objections to the settlement must also appear at the hearing and be heard on the fairness of the settlement.

10. Defendant shall file proof of compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 V.S.C. § 1715(b), no later than **September 10, 2010**.

11. The time for dismissing this matter under the Court's Case Management and Scheduling Order is extended until such time as the Court grants Final Approval of the Class Settlement.

DONE AND ORDERED at Chambers in Miami-Dade County, Florida this 22ndday of July, 2010.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge