UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61559-Civ-COOKE/BANDSTRA

RENEE J. FECTEAU,

    Plaintiff
vs.

CREDITORS INTERCHANGE
RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

### ORDER GRANTING FINAL APPROVAL OF
### CLASS SETTLEMENT AND ADMINISTRATIVELY CLOSING CASE

THIS MATTER is before me on the Parties' Joint Motion for Preliminary Approval of Class Settlement and the hearing on fairness and reasonableness of the proposed Settlement Agreement (the "Agreement") (ECF No. 24). On July 23, 2010 (ECF No. 26) this Court preliminarily approved the Class Settlement Agreement reached between the parties. On November 10, 2010, the Court held a fairness hearing to which Class Members, including any with objections, were invited. The Court has received the Affidavit of Margaret Campos of First Class, Inc., the third-party class administrator. (ECF No. 29) The Class Administrator sent actual notice via first-class mail to 2,923 class members. A total of 369 envelopes were returned by the United States Postal Service marked not deliverable with no forwarding addresses available. An additional 24 notices were returned and re-mailed to new addresses. Neither First Class, nor Class Counsel received any request by a Class Member to opt out. Similarly, neither First Class or Class Counsel received any objection from a Class Member. At the fairness hearing the Court extended the deadline for returning claims forms through November 10, 2010, the date of the Fairness Hearing. The Claims Administrator was directed to include any otherwise valid claims forms

postmarked through November 10, 2010, in the group of claimants who are to receive a pro rata share of the Settlement Fund. The Claims Administrator has filed an updated Affidavit stating that there were 209 valid and timely claims submitted, including that of the Lead Plaintiff, Ms. Fecteau. (ECF No. 31-1).

I have reviewed the record, the Agreement, the motion and being otherwise fully advised in the premises, I hereby **ORDER AND ADJUDGE** as follows:

1. The provisions for notice to the class satisfy the requirements of Fed. R. Civ. P. 23 and due process.

2. The settlement is fair, reasonable and made in good faith, and the Class Settlement Agreement submitted by the parties, including the release is **APPROVED**.

3. Defendant shall pay to each Class Member who did not opt out, object to, or exclude him-or herself from the settlement, and who can be located, a check in the amount of $ 120.57, representing their *pro rata* share of the $25,200, representing the Class Settlement Fund, to Plaintiff's counsel within twenty (20) days of the Effective Date of the Agreement. First Class, Inc. will administer payment to the Class.

4. Defendant shall pay Plaintiff $1,000.00 in statutory damages within twenty (20) days of the Effective Date of the Agreement. In the event that Plaintiff petitions the Court for and is granted an additional two thousand ($2,000) for her services as class representative, payment of those services shall be made within twenty (20) days of the entry of the court order.

5. In the event that the parties do not reach an agreement as to a reasonable amount of attorney's fees and costs, class counsel, Donald A. Yarbrough, shall petition the Court for attorney's fees and costs and expenses of this lawsuit in accordance with Local Rules of the United States District Court for the Southern District of Florida.

6. As of the date of this Order, Plaintiff and the Class Members hereby remise, release and forever discharge Defendant and its present or former partners, members, principals, insurers, parents, officers, directors, clients (only to the extent of any vicarious liability for the actions of Defendant, and not for any other liability) representatives, employees, agents, servants, predecessors, successors, subsidiaries, affiliates, shareholders, heirs, executors, administrators, and assigns (hereinafter collectively "RELEASED PARTIES") of and from all causes of action, suits, claims, demands, liabilities, judgments, debts, charges, and damages including any indemnity claims for payment of attorney's fees and costs, that were made or which could have been made by Plaintiff on behalf of herself and on behalf of the above-defined class in the lawsuit filed in the United States of District of Court for the Southern District of Florida entitled Fecteau v. Creditors Interchange Receivables Management, LLC, Case No.: 09-61559. This release is conditioned upon entry of this final approval order and the parties meeting their respective obligations stated herein in the Agreement.

7. The Court retains jurisdiction over the interpretation, enforcement and implementation of the Settlement Agreement and of this Order. The Parties shall file a stipulation dismissing this case with prejudice after compliance with all requirements contained in this Order.

8. The Clerk is directed to *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida this 27th day of January 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of Record*